**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6649**

———————

CONRAD R. GAINES, JR.,

Petitioner - Appellant,

versus

THOMAS R. CORCORAN; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-97-3964-AW)

———————

Submitted:  July 22, 1998          Decided:  August 10, 1998

———————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Conrad R. Gaines, Jr., Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Regina Hollins Lewis, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). The district court dismissed Appellant's § 2254 petition as untimely pursuant to 28 U.S.C.A. § 2244(d) (West Supp. 1998). We need not decide whether the district court properly found that Appellant's second state habeas petition did not constitute a proper filing under § 2244(d). Even assuming Appellant's state habeas petition was properly filed, his federal habeas petition is still untimely.

After Appellant filed his second state habeas petition on February 26, 1997, he had at most fifty-seven days remaining in the one-year statute of limitations period under § 2244(d). Consequently, when the state court denied his state habeas petition on September 5, 1997, Appellant had until November 3, 1997 (fifty-seven days), to file his federal habeas petition. Because Appellant did not seek federal habeas review until November 24, 1997, we find his § 2254 petition untimely.

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2